## Commonwealth *v.* Muldowney, Appellant.

Submitted June 22, 1971. *John O. Cole* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Harold K. Don, Jr.* and *Milton M. Stein,* Assistant Dis-

trict Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.